IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. |
| | ) | |
| CONSTANCE R. WALTON, | ) | Count 1: False Statement |
| | ) | (18 U.S.C. § 1001) |
| Defendant. | ) | |

## INFORMATION

THE UNITED STATES CHARGES THAT:

### Count 1
(False Statements)

1. Constance R. Walton was an employee of the Defense Logistics Agency (DLA), a United States Department of Defense ("DoD") component. In or about August, 2000, WALTON created a business ("Company A"), to provide IT Services to Prime Contractors who had contracts with the United States Army.

2. Federal ethics regulations required WALTON to file each year detailed financial disclosure statements, called Office of Government Ethics Form 450 ("Form 450"), on which she was to identify, among other things, the source and amount of income received from sources other than the federal government.

3. From in or about August 2000 through in or about February 2006, WALTON performed services and received payment in connection with her ownership of Company A

4. On or about October 15, 2004, in a matter within the jurisdiction of an agency of

the executive branch of the Government of the United States, defendant WALTON, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to the DoD, in that defendant WALTON signed and submitted the Form 450 on which she failed to disclose that she owned and had received income Company A, when in fact, as defendant WALTON well knew that she owned the company and had received income from the company.

    (In violation of Title18, United States Code, Section 1001.)

                        WILLIAM WELCH
                        CHIEF
                        PUBLIC INTEGRITY SECTION
                        CRIMINAL DIVISION
                        UNITED STATES DEPARTMENT OF JUSTICE

By:        _____
              Ann Brickley
              Trial Attorney