UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

vs().                                   Criminal No. 08-199(EGS)

CONSTANCE WALTON
    Defendant.

**ORDER**

The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **OCTOBER 24, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **OCTOBER 31, 2008**; the Government's memorandum of law, if any shall be filed by no later than **NOVEMBER 7, 2008**, and it is further

ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **NOVEMBER 14, 2008 AT A2:00 P.M.**

IT IS SO ORDERED.

DATE: July 30, 2008    EMMET G. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE