IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 30 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 08-199 (EGS) |
| | ) |
| CONSTANCE R. WALTON, | ) Count 1: False Statement |
| | ) (18 U.S.C. § 1001) |
| Defendant. | ) |

## STATEMENT OF FACTS

Were this case to go to trial, the government would prove the following beyond a reasonable doubt by competent and admissible evidence:

1. The United States Department of Defense ("DoD") was a department and agency within the executive branch of the United States government.

2. Defendant Constance Walton ("WALTON") was an employee of the Defense Logistics Agency ("DLA"), a DoD component. As a DLA employee, federal ethics regulations required WALTON to file a detailed financial disclosure statement to the government each year on which she was to identify, among other things, the source and amount of income she received from entities or individuals other than the federal government.

3. In or about August 2000, WALTON created a business ("Company A"). From in or about August 2000 through in or about February 2006, WALTON accepted subcontracting work from two contractors who provided IT services to the United States Department of the Army and received over $100,000 from the subcontractors.

4.  From in or about 2000 through in our about 2005, WALTON failed to disclose income that she received from Company A on financial disclosure statements she made to DLA.

                      Respectfully submitted,

                      WILLIAM WELCH
                      Chief
                      Public Integrity Section

By: _____
      Ann Brickley
      Trial Attorney

After consulting with my attorneys and pursuant to the plea agreement entered into this day between me and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States could have proven the same beyond a reasonable doubt.

_____
Constance Walton, Defendant

I am Constance Walton's attorney. I have carefully reviewed the above Statement of Facts with her. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

_____
Lloyd Iglehart, Esq.
Counsel for Defendant