UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 30 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

CR. NO. 08-199

VS.

CONSTANCE WALTON
    Defendant

### WAIVER OF INDICTMENT

I, **CONSTANCE WALTON** the above named defendant, who is accused of **FALSE STATEMENT** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DEFENDANT

_____
DEFENSE COUNSEL

BEFORE _____
JUDICIAL OFFICER

AO 455 (Rev.5/85) Waiver of Indictment